AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| United States of America<br>v.<br><br>MARIUS ST. GERARD,<br><br>*Defendant(s)* | ) ) ) ) ) ) ) Case No. 18-8375-DLB |

FILED by __SP__ D.C.

AUG 2 3 2018

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __05/12/2018__ in the county of __PALM BEACH__ in the __SOUTHERN__ District of __FLORIDA__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 924(a)(1)(A) | Making False Statements in the Records Required to be Kept and Maintained by a Federally Licensed Firearms Dealer |

This criminal complaint is based on these facts:

PLEASE SEE ATTACHED AFFIDAVIT

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Leonard Coy, Special Agent, ATF
*Printed name and title*

Sworn to before me and signed in my presence.

Date: __8-23-2018__

_____
*Judge's signature*

City and state: __West Palm Beach, Florida__  Hon. Dave Lee Brannon, U.S. Magistrate Judge
*Printed name and title*


## AFFIDAVIT OF
## LEONARD COY, SPECIAL AGENT
## BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES
## Case No. 18-8375-DLB

Your affiant, Leonard Coy, first being duly sworn, does hereby depose and state as follows:

1. I am a Senior Special Agent of the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) currently assigned to the Miami, Florida Field Division. I have been a Special Agent since 1992 and employed with ATF since 1998. Between 2003 and 2017, I was assigned to the High Intensity Drug Area (HIDTA) Task Force, where I gained extensive experience investigating and supervising armed narcotics trafficking investigations, armed career criminals, narcotics conspiracies, and violent gangs. I am also cross-designated to the U.S. Drug Enforcement Administration, West Palm Beach Task Force, and am authorized to conduct criminal investigations of violations of Titles 18 and 21 of the United States Code. As such, I am an investigative or law enforcement officer of the United States within the meaning of Title 18, United States Code, Section 2510(7), that is, an officer of the United States who is empowered by law to conduct investigations of, and to make arrests for, offenses enumerated in violations of Title 18, 21, and 26, of the United States Code. I have received comprehensive training and experience on the subject of firearms and narcotics trafficking from the ATF, and have been personally involved in investigations concerning the possession, manufacture, distribution/transportation and importation of firearms.

2. This affidavit is based upon your affiant's personal knowledge, review of reports, and information obtained from other law enforcement officials and civilians with knowledge of the events and evidence described herein. I submit this affidavit in support of a Criminal Complaint and an arrest warrant charging Marius ST. GERARD, with making false statements on

a federal Firearm Transaction Record, in violation of Title 18, United States Code, Section 924(a)(1)(A). Because this affidavit is being submitted for the limited purpose of obtaining a Criminal Complaint and arrest warrant, it does not contain all the information known regarding this investigation, but rather those facts that I believe are necessary to establish the requisite probable cause.

3. On the basis of my training and experience, your affiant is aware that in the Southern District of Florida and elsewhere, a Federally Licensed Firearms Dealer (FFL) is obliged under federal law to require its customers to complete an ATF Form 4473 (Form 4473) whenever a firearm is sold or transferred to an individual. This form is designed to identify the serial number and type of firearm sold, the seller, the person purchasing the firearm and whether or not the purchaser is legally eligible to possess or buy a firearm. Eligibility to purchase a firearm is determined by the person's answers to a series of questions, which in essence cover a list of disqualifying factors under federal law; including, whether the person is a convicted felon, has a history of drug abuse or mental incapacity and whether the person has legal status to be in the United States.

4. After the Form 4473 is completed and signed by the purchaser attesting to the accuracy of his/her responses, a Florida FFL is then required under federal and state law to contact the Florida Department of Law Enforcement to conduct a background check and obtain approval of the sale. There is typically an associated minimum fee charged to the FFL for this service. Your affiant is further aware that once submitted to the FFL, the FFL is required under federal law to keep and maintain the Form 4473 for the duration of their business as an FFL. If the FFL retires

or goes out of business, the Form 4473s are required to be sent to the ATF's Out of Business Records Section, where such records are stored in perpetuity.

## Facts in Support of Probable Cause

5. In July of 2018, ATF initiated an investigation into Marius ST. GERARD as a result of contact from the FDLE which advised that it appeared ST. GERARD had made false statements on ATF Form 4473 materially relevant to his lawful acquisition of a firearm. The information received, to include a copy of the Form 4473, established that on May 12, 2018, ST. GERARD, completed and signed a Form 4473 in connection with his attempted acquisition of a Ruger American, .45 caliber pistol, serial number 861-36550, Dennis Stanton, a FFL, doing business as D&D Sales and Service, at the Lake Worth Gun Show, which was at all times material hereto, held in Palm Beach County, and the Southern District of Florida. Following his submission of the Form 4473 to the FFL, ST. GERARD's purchase of the firearm was denied by FDLE on the basis of his criminal history.

6. Your affiant notes that the following warning was prominently displayed in bold type immediately above ST. GERARD's certification signature on the ATF Form 4473:

**I certify that my answers in Section A are true, correct, and complete. I have read and understand the Notices, Instructions, and Definitions on ATF Form 4473. . . . I understand that a person who answers "yes" to any of the questions 11.b. through 11.i . . . is prohibited from receiving or possessing a firearm . . . . I also understand that making any false oral or written statement, or exhibiting any false or misrepresented identification with respect to this transaction, is a crime punishable as a felony under Federal law, and may also violate State and/or local law.**

7. Specifically, certified records obtained by your affiant from The Department of The Army, indicate that on November 18, 2010, ST. GERARD was convicted by a General Court Martial of: (a) Conspiracy to Commit Aggravated Assault (with a loaded firearm), an offense

punishable by up to 8 years' imprisonment or "confinement;" (b) Two specifications of Aggravated Assault (with a loaded firearm) – each of which was punishable by up to 8 years' confinement; and, (c) two specifications of Failing to Obey a Lawful General Order, each of which was punishable by up to 2 years' confinement. Your affiant is aware that the penalties for the foregoing offenses are set forth in the United States Manual for Courts Martial, Part IV and Appendix 12, the Maximum punishments table, based on information provided to your affiant by Philip A. Jones, U.S. Coast Guard Judge Advocate General Attorney, currently serving as a Special Assistant U.S. Attorney, in the Southern District of Florida.

8.  Your affiant received a copy of the May 12, 2018, Form 4473 filled out by Marius ST. GERARD from D&D Sales and Service through FDLE. Among the important questions establishing eligibility to purchase a firearm on the Form 4473, was Question 11.c, which stated, "Have you ever been convicted in any court of a felony, <u>or any other crime for which the judge could have imprisoned you for more than one year</u>, even if you received a shorter sentence including probation? ...Yes / No." (emphasis added). In response to question 11.c, ST. GERARD responded "no." Your affiant respectfully submits that this negative response was false, as ST. GERARD was well aware that, in fact, he has been convicted by the General Court Martial of assault with a loaded firearm, and had been sentenced to a term of 670 days' imprisonment as a result thereof.

9.  On the basis of the foregoing, your affiant respectfully submits that probable cause exists to charge Marius ST. GERARD with the following violations of federal law, to wit: (1) the

knowing making of false statement in connection with a purchase of a firearm, in violation of Title 18, United States Code, Sections 924(a)(1)(A).

FURTHER YOUR AFFIANT SAITH NAUGHT.

LEONARD COY
SENIOR SPECIAL AGENT
BUREAU OF ALCOHOL, TOBACCO, FIREARMS, AND EXPLOSIVES

SWORN TO AND SUBSCRIBED BEFORE ME THIS 23 DAY OF AUGUST, 2018, AT WEST PALM BEACH, FLORIDA.

**HON. DAVE LEE BRANNON**
**UNITED STATES MAGISTRATE JUDGE**

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
## PENALTY SHEET

Defendant's Name: __MARIUS ST. GERARD__

Case No.: __18-8375-DLB__

**Count # 1**

Making a False Statement in the Records Required to Kept by a Federally Licensed Firearms Dealer
Title 18, United States Code, Sections 924(a)(1)(A)

0-5 years' imprisonment; maximum fine of $250,000.00; 0-1 year term of supervised release: and, a $100.00 special assessment

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 18-8375-DLB

UNITED STATES OF AMERICA,

                Plaintiff,

vs.

MARIUS ST. GERARD,

                Defendant.
_____/

FILED by SP D.C.
AUG 2 3 2018
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

## CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Miami Office of the United States Attorney's Office prior to July 20, 2008?

    Yes    X **No**

2. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office (West Palm Beach Office) only prior to December 18, 2011?

    Yes    X **No**

3. Did this matter originate from a matter pending in the Fort Pierce Office of the United States Attorney's Office prior to August 8, 2014?

    Yes    X **No**

Respectfully submitted,

BENJAMIN G. GREENBERG
UNITED STATES ATTORNEY

BY: /s/ John C. McMillan
JOHN C. McMILLAN
ASSISTANT UNITED STATES ATTORNEY
Admin. No. A5500228
500 S. Australian Ave., Suite 400
West Palm Beach, FL 33401
Office:   (561) 820-8711
John.mcmillan@usdoj.gov